1  WO

2  NOT FOR PUBLICATION

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

9  NEIL  S.  PHILLIPS;  YVONNE  M.)  No. CV-09-2585-PHX-GMS
   PHILLIPS                      )
10                              )  **ORDER**
           Plaintiffs,          )
11                              )
   vs.                          )
12                              )
                                )
13 FREMONT INVESTMENT & LOAN; *et*)
   *al.*,                       )
14                              )
           Defendants.          )
15                              )
                                )
16 _____)

17        On December 10, 2009 Plaintiffs Neil S. Phillips and Yvonne M. Phillips

18 ("Plaintiffs") filed a *pro se* Complaint against multiple defendants alleging violations of both

19 federal and state law. (Dkt. # 1.) Shortly thereafter, on January 22, 2010, Defendant Quality

20 Loan Service Corporation ("Quality")  moved to be dismissed from this action pursuant to

21 Federal Rule of Civil Procedure 12(b)(6). (Dkt. # 15.) Quality argues that Plaintiffs'

22 Complaint fails to explain how Quality is involved in this action and does not identify any

23 facts supporting the claims against Quality.  (*Id.* at 1–2.)

24        Plaintiffs have failed to file a response to Quality's Motion. Local Rule 7.2(c)

25 provides that "[t]he opposing party shall . . . have fourteen (14) days after service in a civil

26 or criminal case within which to serve and file a responsive memorandum" to a defendant's

27 Motion to Dismiss. As of March 1, 2010, Plaintiffs have not filed a timely responsive

28 memoranda to the Motion to Dismiss, nor have they sought extensions of time to do so.

Under the Local Rules, if a party "does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv. 7.2(i); *see also Ghazali v. Moran*, 46 F.3d 52, 53– 54 (9th Cir. 1995) (holding that district court did not abuse its discretion in summarily granting defendants' motion to dismiss pursuant to local rule where *pro se* plaintiff had time to respond to motion but failed to do so).

**IT IS THEREFORE ORDERED** that Plaintiffs shall file and serve a responsive memorandum to Quality's Motion (Dkt. # 15) **on or before 5:00 p.m. on March 10, 2010**. Should Plaintiffs fail to comply, the Court may deem Plaintiffs' failure to oppose the Motion as a waiver, and may grant the motion on that basis.

DATED this 1st day of March, 2010.

G. Murray Snow
United States District Judge